June 10, 1971

## Abersold et al., Appellants, *v.* North Hills School District.

Argued April 13, 1971. *C. Donald Gates, Jr.,* with him *Brandt, McManus, Brandt*

& *Malone,* for appellants; *Daniel P. Stefko,* with him *Dickie, McCamey & Chilcote,* for appellee.

Order affirmed.